PD-0755-15

THE STATE OF TEXAS          V.
                        §
        Grant                §
        Judge Bert Richardson §

ROBERT RAMIREZ
COURT OF APPEALS NO.
COA Case No. 02-14-00062-CR
PD-0755-15
TR. Ct. No. 1346024-R.

---

## APPELLANT'S PRO-SE MOTION FOR EXTENSION OF TIME

Now Comes ROBERT Ramirez, Appellant Request that this Court of Criminal Appeals may grant me this motion for Extension of time not Wasting the Courts time because his appellate attorney Mike berger has fail to provide the necessary documents for Appellants to prepare for P.D.R or future other Applications for future Possible Remedy. I would respectfully Show the following.

I'm also asking for this extension because my attorney didn't Follow (Rule 10-5 (b)(3) my attorney did not afford proper documents to prepare for my P.D.R Pursuant to my attorneys; failure to afford my proper documents, due to the the fact of me being indigent, SEE Attached letter.

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk

Respectfully Submitted
Robert Ramirez Pro-se

WHERFORE, PREMISES Considered, Appellant Prays that upon Explanation of the foregoing, motion that the Court order an Immediate hearing and GRANT the relief Sought in this Case.

1

# VERIFICATION OF UNSWORN DECLARATION

I, Robert Ramirez, Appellant pro-se Layman at Law in this cause, state the following under penalty of perjury: I am a Prisoner # 1911664, currently incarcerated in the Powledge Unit Facility in the Anderson County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing: Appellants Motion for Extension of Time and declare that I have personal knowledge of the facts contained therein and said facts are true and correct.

EXECUTED IN TARRANT County, Texas, pursuant to Art. 132.001 et. seq. Texas C.P.R.C and 28 U.S.C.A §1746, on this 10 day of August 2015.

Respectfully Submitted
Robert Ramirez
TDC# 1911664 DOB: 7/21/68
Powledge Unit
1400 F.M. 3452
Palestine, Texas 75803

## CERTIFICATE OF SERVICE

I, Robert Ramirez hereby that a true and correct copy of mailing / via first-class mail to Joe Shannon Jr District Attorney at 401 W. Belknap Fortworth, Texas 76196.

Respectfully Submitted
Robert Ramirez
TDC# 1911664 DOB: 7/21/68
Powledge Unit
1400 F.M. 3452
Palestine, Texas 75803

ii

## ORDER
### (GRANTING OR DENYING MOTION AFTER HEARING)

Be it remember that on this _____ day of _____ of 2015 come onto be considered the forgoing motion of the Apellants and after a Plenary hearing the Court having considered the motion it is therefore that the motion aforesaid is hereby GRANTED / DENIED

Done And entered on this _____ day of _____ of 2015

HONORABLE JUDGE PRESIDING

Respectfully Submitted

Robert Ramirez

TDC# 1411664  DOB: 7/21/68

Powledge Unit

1400 f.m. 3452

Palestine, Texas 75803

Mike Berger
Attorney at Law
933 W.Weatherford, Suite #200
FortWorth, Texas 76102
Ph:(817)338-1500
Fax: (817)338-1505


May 22nd, 2015


Mr Robert Ramirez
John Middleton Unit
13055 F.M. 3522
Abilene, Texas 79061

TDCJ Number:          01911664
     Re: The State of Texas v. Robert Ramirez
         Cause Number: 02-14-00062-CR
         PER CERTIFIED MAIL 7010 2780 0001 8504 1811

Dear Mr Ramirez:

     Please find enclosed a copy of the Opinion and Order
affirming the judgment of the trial court. Pursuant to Rule 48.4
of the Texas Rules of Appellate procedure, I am notifying you
that you have the right to file a pro se petition for the Discretionary
Review(a PDR) to the Texas Court of Criminal Appeals.

     In other words, if you want to appeal the appellate court's
decision to the Texas Court of Criminal Appeals, you will have
to do so on your own. You have the right to file the PDR within
30 days of the judgment renderes by the Second Court of Appeals
directly to the court of criminal Appeals.

     If you want to file a PDR it is your right to do so Rule
68.4 sets forth the proper format to use in the PDR, you should
follow  Rule 68 and you should be sure to file the PDR with the
Court of Criminal Appeals by June 20th 2015.


     If you need additional time, you must file a motion to
extend time in the Texas Court of Criminal Appeals as outlined
in Rule 68.2(c). (See also TEX.R.APP.P.68.2(c).) The address
of the Txas Court of Criminal Appeals is:
Texas Court of Criminal Appeals
Supreme Court Building
201 West 14th Street